# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LUIS FERNANDO MAZARIEGOS,**

    Plaintiff,

  -vs-                                  Case No. 13-CV-397

**JOHN PAQUIN, J. ALDANA,
DR. APPLE, MICHAEL HOWARD,
CAPTAIN GEEGEAR, and LT. MIKLE,**

    Defendants.

## DECISION AND ORDER

The defendants have filed motion to file redacted portions of documents under seal (Dkt. No. 68), in accordance with the stipulation of protective order (Dkt No. 67). Specifically, the defendants move to seal Aldana Declaration, ¶¶ 10, Exhibit 1022: DAI Policy #306.00.23 Special Placement/Handling of Inmates, and Exhibit 1028: DAI Policy #306.00.18, Security Threat Group Management, because these are restricted policies that cannot be disclosed or distributed for the safety and security of the adult institutions in Wisconsin. The defendants also move to seal Aldana Declaration ¶¶ 20-24, for the protection of the identified individuals. Lastly, the defendants seek to seal Bachhuber Declaration, Exhibits 1029-1033, portions of the depositions of John Paquin, Christine Apple, Jason Aldana, Olin Mikell, and Adam Gegard. According to the defendants, portions of these depositions that have been redacted are testimony regarding the restricted security threat group

management policy and identifying particular security threat group association among inmates, which cannot be disclosed for the safety and security of adult institutions in Wisconsin and the individuals involved. Upon due consideration, the Court finds that these matters are appropriately kept under seal.

The defendants have also filed a motion to exceed page limitation in their summary judgment brief. The Court will grant this motion as well.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT** the defendants' motion to file redacted portions of documents under seal (ECF No. 68) is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants' motion to exceed page limitation (ECF No. 69) is **GRANTED**.

**IT IS FURTHER ORDERED** that, based on the stipulation and request of the parties and good cause having been shown, the Stipulated Protective Order (ECF No. 67) shall govern all discovery and other proceedings in this action.

Dated at Milwaukee, Wisconsin, this 13th day of November, 2015.

> **BY THE COURT:**
>
> _____
> **HON. RUDOLPH T. RANDA**
> **U.S. District Judge**